IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN HODTWALKER,<br><br>　　　　　Defendant. | 8:19CR352 |

### ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal without prejudice in the above-captioned case be granted as requested.

DATED this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge